Hon. Benjamin H. Settle

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SAM ADLER, a married person, and MARILYN BORING, a single person,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; KYLE D. HALL; and ELAINE IMLER and "JOHN DOE" IMLER, wife and husband,<br><br>Defendants. | NO. C12-5077 BHS<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>(Clerk's Action Required) |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed, with prejudice and without costs.

DATED this 7th day of January, 2013.

BOLTON & CAREY

By: /s/ Kevin M. Carey
Kevin M. Carey, WSBA 17102
Attorneys for Defendant Imler

By: /s/ Shirley Bluhm
Shirley Bluhm, WSBA 28032
Attorney for Plaintiffs

By: _____
Robert Brouillard, WSBA 19786
Attorney for Defendants Hall and USA

STIPULATION AND ORDER FOR DISMISSAL
Page 1

BOLTON & CAREY
7016 – 35th Avenue N. E.
Seattle, Washington 98115-5917
Telephone: (206) 522-7633
Facsimile: (206) 522-4001

Hon. Benjamin H. Settle

## U.S. DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| SAM ADLER, a married person, and MARILYN BORING, a single person,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; KYLE D. HALL; and ELAINE IMLER and "JOHN DOE" IMLER, wife and husband,<br><br>Defendants. | NO. C12-5077 BHS<br><br>STIPULATION AND ORDER FOR DISMISSAL<br><br>(Clerk's Action Required) |

IT IS HEREBY STIPULATED by and between the parties hereto that the above-entitled matter be dismissed, with prejudice and without costs.

DATED this 7th day of January, 2013.

BOLTON & CAREY

By: _____
Kevin M. Carey, WSBA 17102
Attorneys for Defendant Imler

By: _____
Shirley Bluhm, WSBA 28032
Attorney for Plaintiffs

By: __Laurie Keefe #17204 for_____
Robert Brouillard, WSBA 19786
Attorney for Defendants Hall and USA

STIPULATION AND ORDER FOR DISMISSAL
Page 1

BOLTON & CAREY
7016 – 35th Avenue N. E.
Seattle, Washington 98115-5917
Telephone: (206) 522-7633
Facsimile: (206) 522-4001

## ORDER

THE PARTIES HAVING STIPULATED for dismissal of the above-entitled matter with prejudice and without costs, and the court being fully advised in the premises,

NOW THEREFORE,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

DONE IN OPEN COURT this 15 day of January, 2013.

_____
JUDGE/ COURT COMMISSIONER

Presented by:

BOLTON & CAREY

By: _____
Kevin M. Carey, WSBA 17102
Attorneys for Defendant

Approved for entry

Notice of presentation waived:

By: _____
Shirley Bluhm, WSBA 23032
Attorney for Plaintiffs

By: _____
Robert Brouillard, WSBA 19786
Attorney for Defendants Hall and USA

STIPULATION AND ORDER FOR DISMISSAL
Page 2

BOLTON & CAREY
7016 – 35th Avenue N. E.
Seattle, Washington 98115-5917
Telephone: (206) 522-7633
Facsimile: (206) 522-4001

## ORDER

THE PARTIES HAVING STIPULATED for dismissal of the above-entitled matter with prejudice and without costs, and the court being fully advised in the premises,

NOW THEREFORE,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs.

DONE IN OPEN COURT this _____ day of _____, 2013.

_____
JUDGE/ COURT COMMISSIONER

Presented by:

BOLTON & CAREY

By: _____
Kevin M. Carey, WSBA 17102
Attorneys for Defendant

Approved for entry

Notice of presentation waived:

By: _____
Shirley Bluhm, WSBA 23032
Attorney for Plaintiffs

By: _____
Robert Brouillard, WSBA 19786
Attorney for Defendants Hall and USA

STIPULATION AND ORDER FOR DISMISSAL
Page 2

BOLTON & CAREY
7016 – 35th Avenue N. E.
Seattle, Washington 98115-5917
Telephone: (206) 522-7633
Facsimile: (206) 522-4001